IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTIN BRYAN STILL, #287008, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:24-CV-736-WKW |
| ) | [WO] |
| JOHN Q. HAMM, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Plaintiff Justin Bryan Still, an inmate in the custody of the Alabama Department of Corrections (ADOC), filed this 42 U.S.C. § 1983 action against ADOC Commissioner John Q. Hamm.

Contemporaneously with the initiation of his Complaint in November 2024, Plaintiff filed a motion for leave to proceed *in forma pauperis* (Doc. # 2) and submitted information about the funds in his inmate account (Doc. # 3). In an Order entered on November 25, 2024, the court granted Plaintiff leave to proceed *in forma pauperis* and, in accordance with federal statutory requirements, directed the payment of an initial filing fee and monthly payments as specified therein. (Doc. # 4.) The Order also cautioned Plaintiff that his failure to comply with the Order would result in a recommendation for dismissal of this action. (*Id.*) Plaintiff did not pay the initial filing fee by the court-ordered deadline of December 16, 2024.

Therefore, after more than three months had passed, on March 21, 2025, the Magistrate Judge filed a Recommendation for dismissal based on the authority of courts to dismiss cases for failure to prosecute or obey court orders, as supported by Rule 41(b) of the Federal Rules of Civil Procedure and controlling case law. (Doc. # 5 at 1–2.) Plaintiff had until April 4, 2025, to file objections (*id.* at 2); however, to date, no objections have been filed.

Based upon the foregoing and an independent review of the record, it is ORDERED as follows:

(1)  The Recommendation (Doc. # 5) is ADOPTED; and

(2)  Plaintiff's action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 16th day of April, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE